1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA 94965
   Telephone:  (415)729-9006
4  Facsimile:  (415)729-9023

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARDS OF TRUSTEES OF THE SHEET      )    NO. C 12 2965 MEJ
   METAL WORKERS LOCAL 104, et al.,     )
12                                       )
                        Plaintiffs,      )    JUDGMENT PURSUANT TO
13                                       )    STIPULATION
             vs.                         )
14                                       )
   PENINSULA AIR CONDITIONING, etc.,     )
15                                       )
                        Defendant.       )
16 _____)

17         It appearing that Plaintiffs BOARDS OF TRUSTEES OF THE SHEET

18 METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION

19 TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION,

20 HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, through their attorneys,

21 and  defendant,  PENINSULA  AIR  CONDITIONING,  INC.,  a  California

22 corporation, have Stipulated that plaintiffs have and recover judgment

23 from Defendant and it appearing that the Stipulation is in all

24 respects proper and that the Stipulation provides for judgment against

25 defendant in the amount of $59,882.88,

26         IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs have and

27 recover judgment from defendant in the amount of $59,882.88, which is

28 composed of the following:

JUDGMENT PURSUANT TO STIPULATION           1

1          a.    Contribution balance due and unpaid to Plaintiff Trust

2    Funds for February 2012 in the amount of $43,217.69;

3          b.    Liquidated damages due and unpaid to the Plaintiff

4    Trust Funds for November 2011 and February 2012 in the amount of

5    $16,015.19;

6          c.    Interest due pursuant to contract on the declining

7    balance at 10%;

8          d.    Attorneys fees due pursuant to contract in the amount

9    of $300.00; and

10          e.    Costs of suit incurred in this action in the amount of

11    $350.00.

12          IT IS FURTHER ORDERED AND ADJUDGED that an abstract of

13    judgment will be recorded but execution will not issue on the judgment

14    so long as defendant fully complies with the following conditions:

15          1.    Defendant shall make payments of all ongoing amounts

16    to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST

17    FUNDS pursuant to contract between defendant and Local Union 104 of

18    the Sheet Metal Workers' International Association for hours worked

19    by defendant's employees, commencing with payment for April 2012,

20    hours due on or before May 20, 2012 and continuing until the full

21    amount of this judgment is paid.  Each of said payments will be made

22    by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the

23    Benesys.

24          2.    Defendant shall pay the amount of the contributions and

25    liquidated damages under paragraphs (a) and (b) in the total amount

26    of $59,232.88 in monthly installment payments as follows:  The first

27    installment is due May 25, 2012 in the amount of $4,936.07.  Each

28    subsequent installment shall be due on the 25th day of each month, in

JUDGMENT PURSUANT TO STIPULATION                2

1 the amount of $4,936.07 and shall continue until the entire amount of

2 $59,232.88 has been paid.  Checks shall be made payable to SHEET METAL

3 WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE &

4 TULLEY, 3030 Bridgeway, Suite 231, Sausalito, CA 94965, Attention:

5 Michael Carroll.

6        3.  Once the above amount of $59,232.88 is paid in full,

7 the Ways & Means Committee for Plaintiff Trust Funds will exercise

8 it's discretion and review defendant's eliqibility for a reduction of

9 the interest, attorneys' fees and costs owed as stated in paragraphs

10 (c), (d), and (e) above.  If defendant is not eligible for a complete

11 waiver of the amounts due under paragraphs (c), (d), and (e),

12 defendant shall make payment on the remaining balance of $650.00 plus

13 the interest calculated on the declining balance in additional monthly

14 installments of $4,936.07 as may be required to pay the full amount

15 of the judgment, or such lesser sum agreed to by Plaintiff Trust

16 Funds.  The first payment would be due after notification of the Trust

17 Funds' decision, with payments continuing each month thereafter.

18        4.  Plaintiffs and Defendant each understand and agree that

19 any modification of payments must be made in writing and agreed to by

20 both the Plaintiffs and the Defendant.

21        IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the

22 Defendant to make any of it's monthly contribution payments pursuant

23 to the collective bargaining agreement as set forth in paragraph 1

24 above, and the monthly installment payments in a timely manner as

25 required pursuant to the terms of paragraphs 2 and 3 of the

26 stipulation, execution on the entire judgment reduced by any offsets

27 for payments made, shall issue only after ten (10) days written notice

28 to the Defendant that Plaintiffs or Plaintiffs' attorney declares a

JUDGMENT PURSUANT TO STIPULATION          3

1  default and intends to file a Declaration stating that a default has

2  occurred on the part of the defendant.  Defendant waives notice of any

3  hearing held by the court upon the earlier execution of this judgment

4  or Plaintiffs' declaration.

5       Defendant is not represented by counsel and has been advised

6  to seek the advice of counsel before signing the Stipulation for

7  Judgment.

8  Dated: ____ August 1, 2012 _____

9

10 _____

   Magistra                    na James

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT PURSUANT TO STIPULATION                4