ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone:  (415)729-9006
Facsimile:  (415)729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PENINSULA AIR CONDITIONING, etc., <br><br> Defendant. | NO. C 12 2965 MEJ <br><br> JUDGMENT PURSUANT TO STIPULATION |

It appearing that Plaintiffs BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, through their attorneys, and defendant, PENINSULA AIR CONDITIONING, INC., a California corporation, have Stipulated that plaintiffs have and recover judgment from Defendant and it appearing that the Stipulation is in all respects proper and that the Stipulation provides for judgment against defendant in the amount of $59,882.88,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs have and recover judgment from defendant in the amount of $59,882.88, which is composed of the following:

   a. Contribution balance due and unpaid to Plaintiff Trust Funds for February 2012 in the amount of $43,217.69;

   b.  Liquidated damages due and unpaid to the Plaintiff Trust Funds for November 2011 and February 2012 in the amount of $16,015.19;

   c. Interest due pursuant to contract on the declining balance at 10%;

   d. Attorneys fees due pursuant to contract in the amount of $300.00; and

   e. Costs of suit incurred in this action in the amount of $350.00.

   IT IS FURTHER ORDERED AND ADJUDGED that an abstract of judgment will be recorded but execution will not issue on the judgment so long as defendant fully complies with the following conditions:

   1. Defendant shall make payments of all ongoing amounts to become due to the SHEET METAL WORKERS OF NORTHERN CALIFORNIA TRUST FUNDS pursuant to contract between defendant and Local Union 104 of the Sheet Metal Workers' International Association for hours worked by defendant's employees, commencing with payment for April 2012, hours due on or before May 20, 2012 and continuing until the full amount of this judgment is paid.  Each of said payments will be made by check payable to SHEET METAL WORKERS TRUST FUNDS and sent to the Benesys.

   2. Defendant shall pay the amount of the contributions and liquidated damages under paragraphs (a) and (b) in the total amount of $59,232.88 in monthly installment payments as follows:  The first installment is due May 25, 2012 in the amount of $4,936.07.  Each subsequent installment shall be due on the 25th day of each month, in

the amount of $4,936.07 and shall continue until the entire amount of $59,232.88 has been paid.  Checks shall be made payable to SHEET METAL WORKERS TRUST FUNDS and sent to the collection attorney, ERSKINE & TULLEY, 3030 Bridgeway, Suite 231, Sausalito, CA 94965, Attention: Michael Carroll.

3.   Once the above amount of $59,232.88 is paid in full, the Ways & Means Committee for Plaintiff Trust Funds will exercise it's discretion and review defendant's eliqibility for a reduction of the interest, attorneys' fees and costs owed as stated in paragraphs (c), (d), and (e) above.  If defendant is not eligible for a complete waiver of the amounts due under paragraphs (c), (d), and (e), defendant shall make payment on the remaining balance of $650.00 plus the interest calculated on the declining balance in additional monthly installments of $4,936.07 as may be required to pay the full amount of the judgment, or such lesser sum agreed to by Plaintiff Trust Funds.  The first payment would be due after notification of the Trust Funds' decision, with payments continuing each month thereafter.

4.  Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the Defendant to make any of it's monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 and 3 of the stipulation, execution on the entire judgment reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant that Plaintiffs or Plaintiffs' attorney declares a

1  default and intends to file a Declaration stating that a default has
2  occurred on the part of the defendant.  Defendant waives notice of any
3  hearing held by the court upon the earlier execution of this judgment
4  or Plaintiffs' declaration.
5           Defendant is not represented by counsel and has been advised
6  to seek the advice of counsel before signing the Stipulation for
7  Judgment.
8  Dated: ___August 1, 2012_____



          _____
          Magistrate Judge Maria-Elena James

JUDGMENT PURSUANT TO STIPULATION                4