```
 1  MURIEL B. KAPLAN (St. Bar #124607)
    MICHELE R. STAFFORD (St. Bar #172509)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
 3  San Francisco, CA  94104
    Tel: (415) 882-7900
 4  Fax: (415) 882-9287
    Email mkaplan@sjlawcorp.com
 5        mstafford@sjlawcorp.com

 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PENINSULA AIR CONDITIONING, etc., <br><br> Defendant. | NO. C 12 2965 MEJ <br><br> <u>SUBSTITUTION OF ATTORNEYS</u> |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please take notice that Plaintiffs, BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, hereby make the following substitution of attorneys:

<u>Former Attorneys:</u>
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965

should be removed and, consequently, should no longer receive notice of e-Filings.

<u>SUBSTITUTION OF ATTORNEY</u>                                              1

Plaintiffs' new co-counsel of record will be:

MURIEL B. KAPLAN (St. Bar #124607)
MICHELE R. STAFFORD (St. Bar #172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com
      mstafford@sjlawcorp.com

The following attorneys consent to this substitution:

Dated: 3/21, 2013    ERSKINE & TULLEY
                     A PROFESSIONAL CORPORATION

                     _____
                     MICHAEL J. CARROLL
                     Former Attorneys for Plaintiffs
                     Boards of Trustees, et al.

Dated: 5/15/13, 2013    SALTZMAN & JOHNSON LAW CORPORATION

                        _____
                        MURIEL B. KAPLAN
                        New Attorneys for Plaintiffs
                        Boards of Trustees, et al.

The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al. hereby consent to the above substitution.

Dated: 3/21, 2013    BOARDS OF TRUSTEES OF THE SHEET METAL
                     WORKERS, et al.

                     _____
                     Bruce Word, Trustee

IT IS SO ORDERED.
Dated: 5/21/2013, 2013    _____
                          Magistrate Judge Maria-Elena James
                          United States District Court

SUBSTITUTION OF ATTORNEY                                    2