1  MURIEL B. KAPLAN (St. Bar #124607)
   MICHELE R. STAFFORD (St. Bar #172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA  94104
   Tel: (415) 882-7900
4  Fax: (415) 882-9287
   Email mkaplan@sjlawcorp.com
5        mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARDS OF TRUSTEES OF THE SHEET    )   NO. C 12 2965 MEJ
   METAL WORKERS, et al.,             )
12                                    )   SUBSTITUTION OF
                        Plaintiffs,   )   ATTORNEYS
13                                    )
           vs.                        )
14                                    )
   PENINSULA AIR CONDITIONING, etc.,  )
15                                    )
                        Defendant.    )
16 _____)

17      TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18 take notice that Plaintiffs, BOARDS OF TRUSTEES OF THE SHEET METAL

19 WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST

20 OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION,

21 HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, hereby make the following

22 substitution of attorneys:

23 Former Attorneys:
   ERSKINE & TULLEY
24 A PROFESSIONAL CORPORATION
   MICHAEL J. CARROLL (St. Bar #50246)
25 3030 Bridgeway, Suite 231
   Sausalito, CA 94965
26

27 should be removed and, consequently, should no longer receive

28 notice of e-Filings.

SUBSTITUTION OF ATTORNEY                                         1

1 | Plaintiffs' new co-counsel of record will be:

2 | MURIEL B. KAPLAN (St. Bar #124607)
MICHELE R. STAFFORD (St. Bar #172509)
3 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
4 | San Francisco, CA  94104
Tel: (415) 882-7900
5 | Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com
6 |       mstafford@sjlawcorp.com

7 | The following attorneys consent to this substitution:

8 | Dated: 3/21, 2013    ERSKINE & TULLEY
                         A PROFESSIONAL CORPORATION

10 |                     _____
                         MICHAEL J. CARROLL
11 |                     Former Attorneys for Plaintiffs
                         Boards of Trustees, et al.

12 | Dated: 5/15/13, 2013  SALTZMAN & JOHNSON LAW CORPORATION

14 |                     _____
                         MURIEL B. KAPLAN
15 |                     New Attorneys for Plaintiffs
                         Boards of Trustees, et al.

19 | The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al.
20 | hereby consent to the above substitution.
21 | Dated: 3/21, 2013    BOARDS OF TRUSTEES OF THE SHEET METAL
                         WORKERS, et al.

23 |                     _____
                         Bruce Word, Trustee

26 | IT IS SO ORDERED.
27 | Dated: 5/21/2013, 2013  _____
                         Magistrate Judge Maria-Elena James
28 |                     United States District Court

SUBSTITUTION OF ATTORNEY                                    2